FILED

01/09/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0475

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0475

STATE OF MONTANA

Plaintiff and Appellee,

v.

BRADLEY LEWIS FROMAN

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 18, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 9 2025